1142

No. 93–1449. METHODIST HOSPITAL ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied. .

No. 93–1458. CBC, INC., ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 10th Cir. Certiorari denied. .

No. 93–1513. VAN ENGEL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. .

No. 93–1588. PARKRIDGE INVESTORS LIMITED PARTNERSHIP *v.* FARMERS HOME ADMINISTRATION. C. A. 8th Cir. Certiorari denied. .

No. 93–1606. WHITE ET UX. *v.* BROWNING-FERRIS, INC. C. A. 5th Cir. Certiorari denied. .

No. 93–1617. VOLLRATH CO. *v.* SAMMI CORP. ET AL. C. A. 9th Cir. Certiorari denied. .

No. 93–1620. RUBENS ET AL. *v.* SHINE, JULIANELLE, KARP, BOZELKO & KARAZIN, P. C. Ct. App. N. Y. Certiorari denied. .

No. 93–1622. GUTIERREZ ET AL. *v.* UNITED FOODS, INC. C. A. 5th Cir. Certiorari denied. .

No. 93–1623. SUGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. .

No. 93–1624. PSARIANOS ET AL. *v.* UNITED KINGDOM MUTUAL STEAMSHIP ASSURANCE ASSN. (BERMUDA), LTD. C. A. 5th Cir. Certiorari denied. .

No. 93–1628. FORTIN ET AL. *v.* ROMAN CATHOLIC BISHOP OF WORCESTER. Sup. Jud. Ct. Mass. Certiorari denied. .

No. 93–1640. BILLINGS ET AL. *v.* TAVAGLIONE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–1642. DAVIS *v.* DAVIS. Super. Ct. Pa. Certiorari denied.

No. 93–1649. ALLSTATE INSURANCE CO. *v.* LOUISIANA INSURANCE GUARANTY ASSN. ET AL. Sup. Ct. La. Certiorari denied. .